### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
c/o Thomas A. Mauro
1020 19TH- STREET, N.W.
SUITE 400
WASHINGTON, DC 20036
Plaintiff

      vs.

CASE NO:_____

Gregory L Gooden
9 -16th Street, S.E.,
Washington, DC  20003-1502
Defendant

---

### COMPLAINT FOR MONEY OWED TO THE UNITED STATES

The United States of America, plaintiff, alleges that:

#### Jurisdiction

1.  This Court has jurisdiction over the subject matter of this action pursuant to Article III,

Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

#### STATEMENT OF THE CLAIM

2.  The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets):*

$1,313.00; plus current Capitalized Interest Balance and Accrued Interest: $807.06 as of 02/01/2001;

plus Administrative Fee, Costs, Penalties; making the total owed (exclusive of pre-judgment

interest, attorney's fees and costs) $2,120.06.  Plus Attorney's fees at 28.50% of $2,120.06; plus

costs and post-judgment interest.

3.  The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding

attorney's fees and Court costs and related charges.  The principal balance and the interest balance shown

on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after

application of all prior payments, credits, and offsets.  Prejudgment interest accrues at the rate of 8.000%

per annum from the date stated in Exhibit "B".  The promissory notes which are at issue are attached as

Exhibit "A" hereto.

Failure to Pay

4.  Demand has been made upon the defendant for payment of the indebtedness, and the

defendant has neglected and refused to pay the same.

WHEREFORE, the United States of America prays for judgment:

A.  For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of

judgment, all administrative costs, and service of process costs allowed by law, and post-judgment

interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until

paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper.

Respectfully submitted,


/s/ Thomas A. Mauro


Thomas A. Mauro, Bar No. 184515
1020–19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
ATTORNEY FOR THE UNITED STATES OF AMERICA

June 28, 2005

NOTICE:  IF THIS LINE _____  IS CHECKED, THE NOTES ARE TRUE COPIES.


NCIF Number: