# HIGHER EDUCATION ASSISTANCE FOUNDATION
P.O. BOX 64788 • ST. PAUL, MN 55164-0788

**HEAF USE ONLY** — RECEIVED DEC 27 1993

**GUARANTEED STUDENT LOAN (GSL) APPLICATION/PROMISSORY NOTE**

## SECTION A - TO BE COMPLETED BY BORROWER (PRINT IN INK—PRESS FIRMLY—OR TYPE)

NSLP

1. **NAME (NO NICKNAMES)** — LAST: Gooden  FIRST: Gregory  M.I.: L
2. **SOCIAL SECURITY NUMBER:** 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
3. **WHEN WERE YOU BORN?** MO 12 DAY 14 YR 67
4. **PERMANENT ADDRESS:** 4010 Marlboro Pl., N.W.  CITY: Washington  STATE: D.C.  ZIP: 20011
5. **PERMANENT HOME PHONE:** (202) 829-8940
6. **U.S. CITIZENSHIP STATUS:** ☒ 1 U.S. Citizen or National
7. **PERMANENT RESIDENT OF WHICH STATE:** Wash., D.C.
8a. **DRIVER LICENSE NUMBER:** 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
8b. **STATE IN WHICH LICENSE ISSUED:** D.C.
9. **ADDRESS OF BORROWER WHILE IN SCHOOL:** 955 Reservoir Avenue
10. **PHONE AT SCHOOL ADDRESS:** (804) 533-9180
11. **MAJOR COURSE OF STUDY:** 9
12. **LOAN AMOUNT REQUESTED:** $4,000.00
13. **LOAN PERIOD:** FROM 08/89 TO 05/90
14. **HAVE YOU EVER DEFAULTED ON A GSL...?** NO
15a. **DO YOU HAVE ANY PRIOR UNPAID GSL LOANS?** ☒ YES (GO TO 15b)
15b. **TOTAL UNPAID BALANCE OF GSL LOANS:** $4,269.62
16. **UNPAID PRINCIPAL BALANCE OF MOST RECENT PRIOR GSL:** $1,789
17. **GRADE LEVEL OF MOST RECENT PRIOR GSL:** 2
18. **LOAN PERIOD START DATE OF MOST RECENT PRIOR GSL:** MO 08 YR 88
19. **INTEREST RATE OF MOST RECENT PRIOR GSL:** ☒ 8%

**REFERENCES:**
20a. NAME: Eugene Hughes  STREET: 4010 Marlboro Pl., N.W.  CITY, STATE, ZIP: Wash., D.C. 20011  PHONE: (202) 829-8940
20b. NAME: Diane Walker  STREET: 3711 Horner Pl., S.E.  CITY, STATE, ZIP: Wash. D.C. 20032
20c. NAME: Lester Pickett  STREET: 4660 MLK Jr. Ave. #302  CITY, STATE, ZIP: Wash. D.C. 20032

21a. **SIGNATURE OF BORROWER:** X Gregory L. Gooden
21b. **DATE BORROWER SIGNED:** MO 7 DAY 7 YR 89

## SECTION B - TO BE COMPLETED BY SCHOOL

**FINANCIAL AID OFFICE**
22. **NAME OF SCHOOL:** Norfolk State University
23. **ADDRESS:** 2401 Corprew Ave, Norfolk, VA 23504
24. **PHONE:** (804) 683-8381
25. **SCHOOL CODE:** 003765

28. **PERIOD LOAN WILL COVER:** FROM 8/24/89 TO 5/4/90
29. **STUDENT'S GRADE LEVEL:** UNDERGRAD 3
30. **ANTICIPATED GRADUATION DATE:** 5/15/92
31. **STUDENT STATUS:** ☒ DEPENDENT
32. **ADJUSTED GROSS INCOME (AGI):** $20,462
33. **COST OF ATTENDANCE:** $8910
34. **ESTIMATED FINANCIAL AID:** $1750
35. **EXPECTED FAMILY CONTRIBUTION (EFC):** $1603
36. **DIFFERENCE:** $5557

37. **SUGGESTED DISBURSEMENT DATES:** 1ST DISB. 8/18/89  2ND DISB. 1/4/90
38. **DO SUGGESTED DISBURSEMENT DATES CORRESPOND TO SCHOOL TERMS?** ☒ YES
39. **WILL THE STUDENT ATTEND A FOREIGN SCHOOL?** ☒ NO

41a. **SIGNATURE OF SCHOOL OFFICIAL:** X J Barnes
41b. **DATE:** 10/20
41c. **PRINT NAME AND TITLE:** H Barnes, Enrollment & Stud Servi Coord

## SECTION C - TO BE COMPLETED BY LENDER

42. **NAME OF LENDER:** Independence Federal Savings Bank c/o Loan Origination Center
43. **ADDRESS:** P.O. Box 64788, St. Paul, MN 55164-0788  (612) 291-8460
44. **LENDER CODE:** 831036
45. **BRANCH CODE:**
46. APP REVIEW — Mary Ann [signature], Mgr.

OCT 27 1989

**PLAINTIFF'S EXHIBIT A**

## SECTION D - TO BE COMPLETED BY HEAF

53a. **SIGNATURE OF LENDING OFFICIAL:** X REVIEWED #12
55. **PROMISSORY NOTE STATUS:** Accept

SL-F0304A 2-88                                                    M-1619