UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:05CV1296 JGP

UNITED STATES OF AMERICA, )
    Plaintiff, )
        v. )
Gregory L Gooden )
    Defendant(s), )
        and )
Suntrust Bank )
    Garnishee )

**RECEIVED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANSWER OF THE GARNISHEE

__**DEIRDRE HALL**_____, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

    Suntrust Bank, Legal Processing
    Attn: Garnishment Department
    P.O. Box 4418
    Atlanta, GA 30302

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) __**OPERATIONS SPECIALIST**__ of Garnishee, __**SUNTRUST BANK**_____ a corporation, organized under the laws of the State of __**GEORGIA**_____.

On __**OCT. 19**___, 200__**6**__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

___   ___   1.   Defendant was in my/our employ.

2. Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                      $_____

   (b) Federal income tax             _____

   (c) F.I.C.A. income tax            _____

   (d) State income tax               _____

   Total of tax withholdings          $_____

   Net Wages                          $_____
   (a less total of b,c,d)

___   ___   4.   Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

_____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

xxxxx [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Gregory L Gooden and that the Garnishee did not have in his/her possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Gregory L Gooden,   9 16th Street SE Washington, DC  20003 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: OCT. 19, 2006

**SUNTRUST BANK**
Garnishee

**DEIRDRE HALL       OPERATIONS SPECIALIST**
Printed Name and Title

MC: GA-ATL-5099

100 SOUTHCREST DR

STOCKBRIDGE, GA  30281

Address for further communications

678-284-8140
Telephone

678-284-7055
Fax Number