UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:05CV1296 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　　　　v. )<br>Gregory L Gooden )<br>　　Defendant(s), )<br>　　　　and )<br>PNC Bank )<br>　　　　Garnishee )  | **RECEIVED**<br><br>OCT 2 7 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ANSWER OF THE GARNISHEE

_Carol M. Williams_, BEING DULY SWORN DEPOSES AND SAYS:
　(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

　　That he/she is Garnishee herein doing business in the name

of

　　PNC Bank
　　Attn: Garnishment Department
　　500 1st Avenue
　　Pittsburgh, PA  15219

IF GARNISHEE IS A PARTNERSHIP:

　　That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

　　That he/she is the (State Official Title) _Support Clerk_

of Garnishee, _PNC Bank_ a corporation, organized under

the laws of the State of _Pa._.

On _10/20_, 200_6_, Garnishee was served with the Writ of

Continuing Garnishment. For the pay period in effect on the date

of service (shown above)

Yes    No

___    ___   1.   Defendant was in my/our employ.

              2.   Pay period is _____ weekly, _____ bi-weekly

                   _____ semi-monthly, _____ monthly.

              Enter date present pay period began.

              (Present means the pay period in which

              this order and notice of garnishment were

              served)

              Enter date above pay period ends.

        3.    Enter amount of net wages.   Calculate below:

              (a) Gross Pay                    $_____

              (b) Federal income tax            _____

              (c) F.I.C.A. income tax           _____

              (d) State income tax              _____

              Total of tax withholdings        $_____

              Net Wages                        $_____
              (a less total of b,c,d)

___    ___   4.   Have there been previous garnishments in effect.

                  If the answer is yes, describe below.

              _____

              _____

              _____

        5.    The Garnishee has custody, control or possession of

              the following property (non-earnings), in which the

              Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Checking Acct. | 4.12 | |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

_____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Gregory L Gooden and that the Garnishee did not have in his/her possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Gregory L Gooden,  9 16th Street SE Washington, DC  20003 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: _10/24/06_

Garnishee: _PNC Bank_

Printed Name and Title: _Carol M. Williams - Support Clerk_

Address for further communications: _500 First Ave, Pgh PA. 15219_

Telephone: _412-762-2724_

Fax Number: _412-762-6178_