IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No.  1:05CV01296 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                              Plaintiff,         ) | |
|                                         ) | |
| v.         ) | |
|                                         ) | |
| Gregory L. Gooden         ) | |
|                            Defendant(s).    ) | |
|                                         ) | |
| PNC Bank         ) | |
|                            Garnishee         ) | |

**PRAECIPE OF DISMISSAL
OF THE WRIT OF BANK GARNISHMENT**

      The Clerk of the Court please dismiss the Writ of Garnishment filed in this case, as the parties have agreed to resolve this matter.

                                        Respectfully submitted,

                                        /s/ Thomas A. Mauro

                                        Thomas A. Mauro
                                        1020 19th Street, NW, Suite 400
                                        Washington, DC  20036
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe was mailed, first class mail, postage this 19th of December 2006 to the following:

Gregory Gooden
9–16th Street, S.E.
Washington, DC 20032

PNC Bank,
Garnishment Processing Dept.
500 First Avenue
Pittsburgh, PA 15219
Attn: Carol M. Williams, Legal Services Administrator

/s/ Thomas A. Mauro

Thomas A. Mauro
December 19, 2006